JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 11-232-VBF(FMOx)**                          Dated: **August 31, 2011**

Title:     Jose G. Navidad -v- Countrywide Home Loans, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

           Joseph Remigio                          None Present
           Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

           None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):**            **OSC RE PROOF OF SERVICE**


On January 7, 2011, Plaintiff Jose G. Navidad filed the Complaint (dkt. #1) against Defendants Countrywide Home Loans and ReconTrust Company. Pursuant to Federal Rule of Civil Procedure 4(m), Defendants were to be served on or before May 7, 2011.  On January 7, 2011, Plaintiff filed a document purporting to be a Proof of Service (dkt. #3), but it is of questionable adequacy.  Neither Defendant has yet appeared in this case. Accordingly, the Court set an OSC re Filing Proof of Service on the non-appearance calendar for August 29, 2011 at 8:30 a.m. No proof of service or response to the OSC was filed by such date.

Accordingly, for reasons stated on the record, this case is **DISMISSED** for violation of the Court's orders and lack of prosecution.

**IT IS SO ORDERED.**

MINUTES FORM 90                          Initials of Deputy Clerk    jre
CIVIL - GEN